UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

| | |
|---|---|
| IN RE: KIMBERLY HILL<br><br>KIMBERLY HILL,<br>v.<br>NAVIENT SOLUTIONS, LLC, NAVIENT PRIVATE LOAN TRUST, NAVIENT CREDIT FINANCE CORP., SALLIE MAE BANK INC. and JP MORGAN CHASE BANK N.A. | CASE NO: 20-03496<br><br>ADVERSARY CASE NO: 20-00085<br><br>**CERTIFICATE OF SERVICE DECLARATION OF MAILING**<br>Chapter: 7 |

On 12/23/2020, I did cause a copy of the following documents, described below,

Summons - Amended Complaint

Cover Letter

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, a Administrative Office of the United States Bankruptcy Courts, Approved Notice Provider. A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

DATED: 12/23/2020

/s/ SCOTT E. BRANNAN
SCOTT E. BRANNAN  325985
ARM LAWYERS
115 EAST BROAD STREET
BETHLEHEM, PA  18018
610 849 2788

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

| | |
|---|---|
| IN RE: KIMBERLY HILL | CASE NO: 20-03496 |
| KIMBERLY HILL, <br> v. <br> NAVIENT SOLUTIONS, LLC, NAVIENT PRIVATE LOAN TRUST, NAVIENT CREDIT FINANCE CORP., SALLIE MAE BANK INC. and JP MORGAN CHASE BANK N.A. | ADVERSARY CASE NO: 20-00085 <br> **CERTIFICATE OF SERVICE** <br> Chapter: 7 |

On 12/23/2020, a copy of the following documents, described below,

Summons - Amended Complaint

Cover Letter

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 12/23/2020

/s/ Jay S Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
SCOTT E. BRANNAN
ARM LAWYERS
115 EAST BROAD STREET
BETHLEHEM, PA 18018

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| FIRST CLASS | FIRST CLASS | FIRST CLASS |
|---|---|---|
| JOHN F. REMONDI, CEO - NAVIENT SOLUTIONS, LLC<br>P.O. BOX 9640<br>WILKES-BARRE PA 18773 | JOHN F. REMONDI, CEO - NAVIENT PRIVATE LOAN TRUST<br>P.O. BOX 9640<br>WILKES-BARRE PA 18773 | JOHN F. REMONDI, CEO - NAVIENT CREDIT FINANCE CORP.<br>P.O. BOX 9640<br>WILKES-BARRE PA 18773 |

| FIRST CLASS | FIRST CLASS |
|---|---|
| JONATHAN WITTER, CEO - SALLIE MAE BANK INC.<br>300 CONTINENTAL DRIVE<br>NEWARK DE 19713-4322 | JAMES DIMON, CEO - JP MORGAN CHASE BANK N.A.<br>270 PARK AVENUE<br>NEW YORK NY 10017 |