IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Bankruptcy Case No. 1:20-bk-03496 |
| KIMBERLY HILL, | ) | |
| | ) | Chapter 7 |
| Debtor. | ) | |
| | ) | |
| _____ | ) | |
| | ) | |
| KIMBERLY HILL, | ) | |
| | ) | |
| Plaintiff, | ) | Adv. Proc. No. 1:20-ap-00085-HWV |
| | ) | |
| v. | ) | |
| | ) | |
| NAVIENT SOLUTIONS, LLC, NAVIENT | ) | |
| PRIVATE LOAN TRUST, NAVIENT | ) | |
| CREDIT FINANCE CORP., SALLIE | ) | |
| MAE BANK INC., AND JPMORGAN | ) | |
| CHASE BANK N.A., | ) | |
| | ) | |
| Defendants. | ) | |

## REQUEST FOR ENTRY OF DEFAULT

To the Clerk of Courts:

Plaintiff respectfully requests an entry of default as to Defendant JPMorgan Chase Bank, N.A.. The Amended Complaint and Summons were properly served, a Certificate of Service has been filed, and no answer has been filed or received by the undersigned. According to the Summons, Answer was due by January 16, 2021.

Date: April 26, 2022

/s/ Patrick J. Best
Patrick J. Best, Esq.
ARM Lawyers
18 N. 8th St.
Stroudsburg PA 18360
Attorney for Debtor/Plaintiff