# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Kimberly A Hill
aka Kimberly Alyssa Hill
**Debtor(s)**

Kimberly A Hill
**Plaintiff(s)**

vs.

JPMORGAN CHASE BANK N.A.
**Defendant(s)**

Chapter 7

Case No. 1:20–bk–03496–HWV

Adversary No. 1:20–ap–00085–HWV

Document Number: 29

Matter: Request for Entry of Default

## Entry of Default

It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law.

**Name: JPMORGAN CHASE BANK N.A.**

Therefore, default is entered against the defendant according to law pursuant to Fed. R. Bankr. P. 7055(a) and application for default judgment may be made pursuant to Fed. R. Bankr. P. 7055(b)(2).



s/Terrence S. Miller
_____
Terrence S. Miller
Clerk, U.S. Bankruptcy Court
228 Walnut St., Rm 320
Harrisburg, PA 17101-1737

Dated: May 2, 2022

default(05/18)